Alfonce A. BARNISH and Billie M. Bozic, his Wife, Petitioners

v.

KWI BUILDING COMPANY; United McGill Corporation; McGill Airclean Corporation; Fenwal Safety Systems, Inc.; and Grecon Electronics, Inc., Respondents.

Sandy L. Bussard and Christine L. Bussard, his Wife, Petitioners

v.

KWI Building Company; United McGill Corporation; McGill Airclean Corporation; Fenwal Safety Systems, Inc.; and Grecon Electronics, Inc., Respondents.

David A. Johnson and Stacey L. Johnson, his Wife, Petitioners

v.

KWI Building Company; United McGill Corporation; McGill Airclean Corporation; Fenwal Safety Systems, Inc.; and Grecon Electronics, Inc. Respondents.

Jody L. Covert, Executrix of the Estate of James C. Covert, Deceased, Petitioners

v.

KWI Building Company; United McGill Corporation; McGill Airclean Corporation; Fenwal Safety Systems, Inc.; and Grecon Electronics, Inc., Respondents.

Joyce Engelken, Executrix of the Estate of Gregg Engelken (a/k/a Gregory G.), Deceased and Joyce Engelken, Wife Individually, Petitioners

v.

KWI Building Company; United McGill Corporation; McGill Airclean Corporation; Fenwal Safety Systems, Inc.;

and Grecon Electronics, Inc., Respondents.

Supreme Court of Pennsylvania.

April 3, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of April 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Did the Superior Court err in affirming the grant of summary judgment to Respondent? The parties are directed to address the effect of the continued successful use of a product on a plaintiff's ability to withstand summary judgment under the malfunction theory of strict product liability.